UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| VINCENT ADIZZONE, | : | ACTION NO. 3:02cv 01658 (AWT) |
| PLAINTIFF, | : | |
| VS. | : | |
| PSYCHIATRIC SECURITY REVIEW BOARD | : | OCTOBER 15TH, 2003 |
| DEFENDANTS, | : | |

2003 OCT 16  P 12: 30

US DISTRICT COURT
HARTFORD CT

**PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A JOINT STATUS REPORT SETTING FORTH A PROPOSAL AS TO HOW THIS CASE SHOULD PROCEED**

Pursuant to Local Rule of Civil Procedure Sec. 7(b), the plaintiff Vincent Ardizzone moves for a 30 day, enlargement of time within which to file a joint status report setting forth a proposal as to how this case should proceed, in the above captioned matter.

Undersigned pro se, plaintiff has no legal education and also has no access to a law library at Whiting, therefore needs additional time within which to conduct legal research in order to comply with the court order entered on the 23rd, day of September 2003. The plaintiff hereby respectfully requests the court to grant this first Motion for Enlargement of Time. The plaintiff is confined at the Whiting Forensic Institute the maximum-security service of Connecticut Valley Hospital and has not contacted the defendants regarding this first motion for enlargement of time.

PLAINTIFF, PRO SE

*Vincent Ardizzone*
Vincent Ardizzone
Whiting Forensic Institute
P.O. Box 70 O'Brien Drive
Middletown, CT 06457

1

## CERTIFICATION

      I hereby certify that a copy of the forgoing <u>Motion For Enlargement Of Time</u> was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on the 15th, day of October, 2003, first class postage prepaid to:

Eileen M. Meskill
Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120


*Vincent Ardizzone*
Vincent Ardizzone, Pro se,
Whiting Forensic Institute
Connecticut Valley Hospital
P.O. Box 70 O'Brien Drive
Middletown, CT 06457 – 0070
Tel: (860) 346 -9795

2