UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED



2003 OCT 21  A 10: 55

US DISTRICT COURT
HARTFORD CT

VINCENT ARDIZZONE : NO. 3:02 CV1658(AWT)
*Plaintiff* :
  :
v. :

CONNECTICUT PSYCHIATRIC
SECURITY REVIEW BOARD :
*Defendant* : October 20, 2003

## APPEARANCE

To the Clerk of the United States District Court for the District of Connecticut:

Please enter the appearance of the undersigned in this action for the Defendant.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Michael Sullivan

Michael Sullivan
Assistant Attorney General
Federal Bar No. ct24981
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## **CERTIFICATION**

I hereby certify that a copy of foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of October, 2003, first class postage prepaid to:

Vincent Ardizzone
Whiting Forensic Division
P.O. Box 70, O'Brien Drive
Middletown, CT  06457

*/s/ Michael Sullivan*
Michael Sullivan
Assistant Attorney General