# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **VINCENT ADIZZONE,** | : | **ACTION NO. 3:02cv 01658 (AWT)** |
| **PLAINTIFF,** | | |
| **VS.** | : | |
| **PSYCHIATRIC SECURITY** | | **OCTOBER 15TH, 2003** |
| **REVIEW BOARD** | : | |
| **DEFENDANTS,** | | |

### PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A JOINT STATUS REPORT SETTING FORTH A PROPOSAL AS TO HOW THIS CASE SHOULD PROCEED

Pursuant to Local Rule of Civil Procedure Sec. 7(b), the plaintiff Vincent Ardizzone moves for a 30 day, enlargement of time within which to file a joint status report setting forth a proposal as to how this case should proceed, in the above captioned matter.

Undersigned pro se, plaintiff has no legal education and also has no access to a law library at Whiting, therefore needs additional time within which to conduct legal research in order to comply with the court order entered on the 23rd, day of September 2003. The plaintiff hereby respectfully requests the court to grant this first Motion for Enlargement of Time. The plaintiff is confined at the Whiting Forensic Institute the maximum-security service of Connecticut Valley Hospital and has not contacted the defendants regarding this first motion for enlargement of time.

Extension GRANTED, absent objection, to and including
November 2? ,2003 . It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/4/2003

**PLAINTIFF, PRO SE**

Vincent Ardizzone
Whiting Forensic Institute
P.O. Box 70 O'Brien Drive
Middletown, CT 06457

1