UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

**VINCENT ARDIZZONE,**
        **PLAINTIFF,**

2003 NOV 20 P 3: 14

US DISTRICT COURT
HARTFORD CT

V.

**CIVIL ACTION NO.**
**3:02cv01658 (AWT)**

**PSYCHIATRIC SECURITY REVIEW BOARD,**
        **DEFENDANT**

November 18th, 2003

## JOINT STATUTS REPORT

In accordance with an order of this court entered on September 23rd, 2003, the plaintiff submits the following proposal as to how this case should proceed. A copy of this proposal has been sent to counsel for the defendant for his input.

The plaintiff would like to clarify for the court that he is not pursuing any state appellate court remedies. The plaintiff doesn't have any remedies in the state appellate court.

The plaintiff is a pro se litigant who is presently confined at the Whiting Forensic Division of Connecticut Valley Hospital.

The plaintiff does not have access to an adequate law library nor legal assistance through any legal assistance program.

The plaintiff has limited knowledge of the law.

The plaintiff proposes that this case should proceed in the following manner:

1. Reinstate the plaintiff's Motion for Summary Judgment that was denied without prejudice. (Doc. No. 12)

2. The defendant should then either file an answer to the Summary Judgment or advance on their Motion to Dismiss.

Respectfully submitted,

*Vincent Ardizzone*
Vincent Ardizzone
Connecticut Valley Hospital
Whiting Forensic Division
70 O'Brien Dr.
Middletown, Connecticut 06457

## CERTIFICATION

The plaintiff hereby certifies that a copy of the attached proposal was sent First Class Postage, prepaid on NOV. 18th, ~~[struck out]~~, 2003, to Counsel for the defendant:

Michael Sullivan
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06141-0120

*Vincent Ardizzone*
Vincent Ardizzone