UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 24  P 4: 3\:

U.S. DISTRICT COURT
HARTFORD, CT.

---

VINCENT ARDIZZONE,

    Plaintiff,

v.  :  Civil No. 3:02CV01658(AWT)

CONNECTICUT PSYCHIATRIC
SECURITY REVIEW BOARD,

    Defendant.

---

### ORDER

The stay in this case is hereby LIFTED. The deadline for filing dispositive motions shall be February 1, 2004.

It is so ordered.

Dated at Hartford, Connecticut this 24th of December, 2003, at Hartford, Connecticut.

                              Alvin W. Thompson
                        United States District Judge