UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

VINCENT ARDIZZONE
    *Plaintiff,*

    v.

CONNECTICUT PSYCHIATRIC
SECURITY REVIEW BOARD,
    *Defendant.*

NO.  3:02 CV-1658 (AWT)    P 3: 29

U.S. DISTRICT COURT
HARTFORD, CT.

APRIL 12, 2004

## OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

On March 7, 2004, the plaintiff filed a motion for summary judgment in the above-referenced matter.  The defendant objects to the granting of said motion because the court had established a deadline of February 1, 2004 for the filing of dispositive motions (attached).

In the event that the court decides to consider the plaintiff's summary judgment motion, counsel for the defendant respectfully requests that he be granted until April 30, 2004 to respond to substance of the plaintiff's motion.  The defendant would also request a similar extension of time to file a motion for summary judgment on behalf of the defendant.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Michael Sullivan
Assistant Attorney General
Federal Bar No. ct24981
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5210
Fax:  (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing Status Report was mailed in

accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of

April, 20043, first class postage prepaid to:


Vincent Ardizzone
Whiting Forensic Division
P.O. Box 70, O'Brien Drive
Middletown, CT  06457



_____
Michael Sullivan
Assistant Attorney General