**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------x
                             :
VINCENT ARDIZZONE,           :
                             :
     Plaintiff,              :
                             :
v.                           : Civil No.3:02CV01658(AWT)
                             :
CONNECTICUT PSYCHIATRIC      :
SECURITY REVIEW BOARD,       :
                             :
        Defendant.           :
                             :
-----------------------------x
```

## SCHEDULING ORDER

The court will consider the plaintiff's motion for summary judgment (Doc. # 27) filed March 8, 2004, and the defendant is hereby granted an extension to and including April 30, 2004, to file its opposition to the plaintiff's motion for summary judgment.  The defendant shall have until April 30, 2004, to file its cross motion for summary judgment.

It is so ordered.

Dated at Hartford, Connecticut this 23rd of April, 2004, at Hartford, Connecticut.

_____          _____/s/_____
                                          Alvin W. Thompson
                                       United States District Judge