## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT ARDIZZONE<br>*Plaintiff,* | NO. 3:02 CV-1658 (AWT) |
| v. | |
| CONNECTICUT PSYCHIATRIC<br>SECURITY REVIEW BOARD,<br>*Defendant.* | APRIL 30, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the defendant Connecticut Psychiatric Security Review Board ("PSRB") hereby moves for summary judgment to dismiss the plaintiff's claim. In support of the present motion, the defendant PSRB has attached its Memorandum of Law, as well as the affidavits of Ellen Weber, Executive Director of the PSRB, and Marilyn Smith-Cotterell, Forensic Coordinator of the Whiting Forensic Division of Connecticut Valley Hospital.

This Motion for Summary Judgment is primarily based on the principle that the plaintiff's request for a declaratory judgment is prevented by the Eleventh Amendment and applicable principles governing the issuance of declaratory judgments. In essence, the Eleventh Amendment prevents the award of a declaration that the prior conduct of state officials violated federal law. As the plaintiff admits in his amended motion of March 7, 2004, he has been transferred from the Whiting Forensic Division back to Dutcher Services at Connecticut Valley Hospital. As a result, the plaintiff's motion for summary judgment should be denied and this action should be dismissed for lack of subject matter jurisdiction.

In view of the foregoing, the defendant PSRB respectfully requests that this Court grant the defendant's Motion for Summary Judgment and that this action by the plaintiff be dismissed.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Michael Sullivan*
Michael Sullivan
Assistant Attorney General
Federal Bar No. ct24981
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of April, 2004, first class postage prepaid to:

Vincent Ardizzone
Whiting Forensic Division
P.O. Box 70, O'Brien Drive
Middletown, CT 06457

Michael Sullivan
Assistant Attorney General