UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT ARDIZZONE | : |
| v. | : CASE NO. 3:02CV1658 (AWT) |
| CONNECTICUT PSYCHIATRIC SECURITY REVIEW BOARD | : |

## JUDGMENT

This action came on for consideration of the parties' cross-motions for summary judgment before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and on September 23, 2003, the court filed an order denying without prejudice plaintiff's motion for summary judgment. On February 6, 2006, the court filed a memorandum of decision, denying plaintiff's amended motion for summary judgment, and granting defendant's motion for summary judgment.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Connecticut Psychiatric Security Review Board.

Dated at Hartford, Connecticut, this 13th day of March, 2006.

KEVIN F. ROWE, Clerk

By _____
    Sandra Smith
    Deputy Clerk