UNTIED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VINCENT ARDIZZONE
        PLAINTIFF

-AGIANST-　　　　　　　　　　　　　CIVIL CASE NO. 3:02-CV-1658 (AWT)

CONNECTICUT PSYCHITRICT
SECURITY REVIEW BOARD
        DEFENDANT

## NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a)(1), Vincent Ardizzone herby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order <u>granting defendant's motion for Summary Judgment.</u>

2. The Judgment/Order in this action was entered on March 13th, 2006.

                                                    _Vincent Ardizzone_
                                                     Signature

                                                    _Vincent Ardizzone_
                                                    Print Name

Whiting Forensic Division
Connecticut Valley Hospital
P.O. Box 70, O'Brien Dr.
Middletown, Connecticut 06457
(860)-262-6840

Date: _3-22-06_

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT ARDIZZONE

v.

CONNECTICUT PSYCHIATRIC SECURITY
REVIEW BOARD

CASE NO. 3:02CV1658 (AWT)

## JUDGMENT

This action came on for consideration of the parties' cross-motions for summary judgment before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and on September 23, 2003, the court filed an order denying without prejudice plaintiff's motion for summary judgment. On February 6, 2006, the court filed a memorandum of decision, denying plaintiff's amended motion for summary judgment, and granting defendant's motion for summary judgment.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Connecticut Psychiatric Security Review Board.

Dated at Hartford, Connecticut, this 13th day of March, 2006.

KEVIN F. ROWE, Clerk

By *Sandra Smith*
Sandra Smith
Deputy Clerk

EOD 3/13/06