# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

Thomas Asreen
ACTING CLERK

2006 DEC -6 P 2: 45

3:02CV1658
(AWT)

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| Date: | 12/1/06 |
| Docket Number: | 06-1438-cv |
| Short Title: | Ardizzone v. Connecticut Psych |
| DC Docket Number: | 02-cv-1658 |
| DC: | CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Alvin Thompson |

UNITED STATES COURT OF APPEALS FILED DEC 0 1 2006 Thomas Asreen, Acting Clerk SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of December, two thousand and six.

Vincent Ardizzone,
    Plaintiff-Appellant,

v.

Connecticut Psych Security Review Board,
    Defendant-Appellee.

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Thomas Asreen, Acting Clerk
By: *Joseph M. Rodriguez*
Deputy Clerk

For the Court,
Thomas Asreen, Acting Clerk
By: *Joseph M. Rodriguez*
Joseph Rodriguez
Deputy Clerk

**Certified:**
December 1, 2006.